# EXHIBIT B





Movies     Celebs     TV     Music     News

# Best Celebrity Instagram Photos Tonight: Justin Bieber and Willam

And more of tonight's most-liked Instagram pics from Antoni Porowski and Kim Kardashian

by **iDaily Staff** | 3.13.2019

These are the absolute best and most popular photos from celebrities on Instagram tonight, April 13th, 2019.

You've gotta see these 'grams from Justin Bieber, Willam, Antoni Porowski and plenty more celebrities. Here are tonight's best:

**Justin Bieber: 2.7m likes**

5/11/2019 BEST CELEBrity Instagram Photos Tonight? Justin Bieber And Willam iDaily

Case 1:19-cv-04298-LTS-RWL Document 1-2 Filed 05/11/19 Page 4 of 13





View More on Instagram

3,915,403 likes
justinbieber

Me and my guy @richwilkersonjr
view all 27,650 comments

Add a comment…

**Willam: 9.9k likes**





**View More on Instagram**

**15,204 likes**
willam

The little Truvada 💊 really complete this. Thank u @gina_loves_queens
view all 35 comments

Add a comment...

## Antoni Porowski: 110.5k likes







**antoni**
Times Square, New York City
View Profile

View More on Instagram

178,743 likes
antoni

 more days.
view all 1,172 comments

Add a comment…

## Kim Kardashian: 1.5m likes





kimkardashian
138m followers   View Profile

View More on Instagram

2,208,807 likes
kimkardashian

view all 14,377 comments

Add a comment...

**Tan France: 41.7k likes**

5/11/2019 BEST CELEBRITY Instagram Photos Tonight? Justin Bieber 05/11/19 | iDaily

Case 1:19-cv-04298-LTS-RWL Document 1-2 Filed 05/11/19 Page 8 of 13





**tanfrance**
2.7m followers
View Profile

View More on Instagram

63,062 likes
tanfrance

When they say "gays don't know how to sit".
@jaybrooksphoto

view all 197 comments

Add a comment...

## Jonathan Van Ness: 16.3k likes





**jvn**
3.6m followers          View Profile



View More on Instagram



**28,557 likes**

jvn

Major moment for me interviewing @senatorbaldwin the first out LGBTQ member of the US Senate. I learned so much from Senator Baldwin, about how she used her voice to navigate her way to the senate, the incredibly important Equality Act coming up, and tomorrow's vote to reverse the Trump administrations emergency declaration. I also received a big dose of hope from this episode, I hope you take a listen. link in bio 🏳️‍🌈 🇺🇸

view all 259 comments

Add a comment...

## Reese Witherspoon: 11.4k likes





NOTE: Our automated robot reporter (yes, that's real) collects this list every day, based on the number of likes a photo gets compared to a celebrity's total following.

Find the best celebrity Instagram photos from yesterday—and all of the other days—right here!

TAKE THE QUIZ: Which Young Hollywood Queen Are You? 👇






### Which is your fave kind of Instagram to post?

- A selfie, for sure.
- A pic of a gorgeous sunset.
- A post-gym mirror pic.
- A shot of my matcha latte.

### Now, tell us this...



Which platform do you check to see these queens slay?

- Instagram
- Tumblr
- Twitter

20 VOTES

Powered By playbuzz

**Celebs:** [Justin Bieber](), [Willam](), [Antoni Porowski](), [Kim Kardashian](), [Tan France](), [Jonathan Van Ness](), [Reese Witherspoon]()

**Topics:** [Best Instagram Photos]()

## Popular In the Community

**EVERY CELEBRITY CONTESTANT APPEARIN...**
iDaily · 9 Jan
The monster is Diddy. Come on. For sure.

**AVENGERS: ENDGAME FAN THEORY: LOKI WIL...**
GoldDucky · 15 Mar
i hope Loki will come back

**QUIZ: WHO KI... GAME OF THR...**
Orang... · 9 Jan
Olly sucks

Conversation　　　　Log In

Be the first to comment...

Terms · Privacy　　　　Add Spot.IM to your site

### You May Like
Sponsored Links by Taboola

**Search For Any High School Yearbook, It's Free**
Classmates

**Feeling Old? Do This Once A Day And Watch What Happens**
LCR Health

**3 Ways Your Dog Asks For Help**
Dr. Marty

## WAIT, THERE'S MORE!






10 Best Reality Show Stars in 2018

The Worst Kardashian Moments of 2018

10 Best Kardashian Moments of 2018

News
Movies
Celebs
TV
Music
5 Minutes of Fun

Contact Us
About CBS Int
Privacy Policy
Ad Choice
Terms of Use



